GEORGE KAY, Respondent, *v.* JOSHUA BAILEY, Appellant.

*M. Schoonmaker* for the respondent.

Order affirmed by default and judgment absolute against defendant.

---

JOSHUA BAILEY, Appellant, *v.* GEORGE KAY, Respondent.

*M. Schoonmaker* for the respondent.

Order affirmed by default and judgment absolute against plaintiff.